FILED

09/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0121

_____

KENNETH WALUND,

      Plaintiff and Appellant,

   v.                           O R D E R

MONTANA STATE FUND,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David M. Sandler, Workers' Compensation Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2021